**NOT FOR PUBLICATION**

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                        :
LATISHA JOHNSON,                        :  CIVIL ACTION NO. 09-6457 (MLC)
                                        :
     Plaintiff,                         :       O P I N I O N
                                        :
     v.                                 :
                                        :
GLOBAL CREDIT COLLECTION CORP.,         :
                                        :
     Defendant.                         :
                                        :
```

**THE COURT**, in this action alleging violations of the Fair Debt Collection Practices Act, ordered the parties to show cause why the action should not be transferred to either (1) the United States District Court for the Northern District of New York, where the plaintiff is domiciled, or (2) the United States District Court for the Western District of New York, where the defendant has its principal place of business. (Dkt. entry no. 6, Order to Show Cause.) The Court stated the reasoning for a transfer of venue in the Order to Show Cause. (Id. at 1-2.) The defendant, in response, requests that the action be transferred to the Western District of New York. (Dkt. entry no. 7, Def. Br. at 3.) The plaintiff has failed to respond.

**THE COURT** will (1) grant the Order to Show Cause, and (2) transfer the action to the Western District of New York. For good cause appearing, the Court will issue an appropriate order.

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge

Dated: April 29, 2010